IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:01-cr-0367-001 FCD |
| vs. | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| EUGENE LEE JOHNSON, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release EUGENE LEE JOHNSON, Case No. 2:01-cr-0367 FCD, Charge 18 U.S.C. 3606, from custody for the following reasons:

    X    Release on Personal Recognizance

         Bail Posted in the Sum of $ [ ]

            Unsecured Appearance Bond

            Appearance Bond with 10% Deposit

            Appearance Bond with Surety

1        ___  Corporate Surety Bail Bond

2        _X_  (Other) [The defendant to remain on Supervised Release previously ordered on December 4, 2002 with additional conditions as set forth in the separate Judgment to be issued.

Issued at Sacramento, CA  on November 19, 2007 at 10:26 a.m.

Dated:   November 19, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

JOHNSONS EUGENE Order release TSR violstion.wpd          2