UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
May 8, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR.S-01-0367-FCD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| EUGENE LEE JOHNSON, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release EUGENE LEE JOHNSON, Case No. CR.S-01-0367-FCD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　__X__　Release on Personal Recognizance

　____　Bail Posted in the Sum of: $

　　　____　Unsecured Appearance Bond

　　　____　Appearance Bond with Surety

　__X__　(Other) Conditions as stated on the record.

　____　(Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  05/08/08  at 2:57 pm

By _____
Edmund F. Brennan
United States Magistrate Judge